IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **Plaintiff,** v. **VICTOR VARGAS-MARTINEZ,** **Defendant**. | **CRIM. NO. 15-485 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreno-Coll regarding the Rule 11 proceeding of defendant, Victor Vargas-Martinez (Docket No. 31), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to COUNT ONE of the Indictment.

The court notes that a Presentence Investigation Report was ordered. The parties shall file their sentencing memoranda not later than May 26, 2016. The Sentencing Hearing is set for June 6, 2016 at 10:00 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of March, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge